# Order

Michigan Supreme Court
Lansing, Michigan

January 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160114(17)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN KELVIN WILLIAMS,
      Defendant-Appellant.

_____/

SC: 160114
COA: 348131
Wayne CC: 17-006374-FH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its Court-ordered answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 24, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2020



Clerk